COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Letosha Gale, M.D. and Zoe Life Wellness Center, P.A. v. Hector Lucio

Appellate case number:    01-13-00543-CV

Trial court case number:  12-DCV-198515

Trial court:                240th District Court of Fort Bend County, Texas

      Letosha Gale, M.D. and Zoe Life Wellness Center, P.A. have filed a petition for permissive appeal. The petition for permissive appeal is **GRANTED**.

      A notice of appeal is deemed to have been timely filed by Letosha Gale, M.D. and Zoe Life Wellness Center, P.A. under TEX. R. APP. P. 26.1(b). *See* TEX. R. APP. P. 26.1(b), 28.3(k). A separate notice of appeal need not be filed. *See* TEX. R. APP. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *See id.*

      The Clerk of this Court is instructed to file a copy of this order with the trial court clerk.

      It is so ORDERED.

Judge's signature:  **/s/ Evelyn V. Keyes**
                    Acting for the Court
                    Panel consists of Justices Keyes, Higley, and Massengale

Date: November 21, 2013